IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAWN THOMPSON,

       Appellant,

 v.

Case No. 5D16-1834

TOSCHA GOODWIN,

       Appellee.

_____/

Opinion filed January 6, 2017

Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Shawn Thompson, Silver Springs,
pro se.

Angela C. Flowers, of Kubicki Draper,
Ocala, for Appellee.


PER CURIAM.

     AFFIRMED. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150,

1152 (Fla. 1979) (holding that without transcript of trial proceedings, appellate court

cannot review underlying evidence so as to conclude that trial court's judgment is not

supported by evidence).


ORFINGER, EVANDER and WALLIS, JJ., concur.